**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

JEFFERY ALAN MCFERRAN,           )
                                 )
            Plaintiff,           )
                                 )
      v.                         ) No. CIV-09-370-FHS-KEW
                                 )
MICHAEL J. ASTRUE,               )
Commissioner Social Security     )
Administration,                  )
                                 )
            Defendant.           )

### ORDER

On September 15, 2010, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. An objection was filed on September 28, 2010. In this objection the plaintiff argued that the Magistrate Judge failed to properly consider the ALJ's failure at Step 3 of the evaluation process and that the Magistrate Judge failed to properly consider the ALJ's failure to properly weigh the Veteran's Administrations disability determination. Finally, plaintiff argues that the Magistrate Judge erred in finding the ALJ's credibility determination was supported by substantial evidence.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained.**

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be

**SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 30th day of September, 2010.

Frank H. Seay
United States District Judge